UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID FISCHER, | No. 2:16-cv-1882 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner has requested an extension of time to file a response to the October 28, 2016 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 9) is granted; and

2. Petitioner shall file a response within thirty days from the date of this order.

Dated:  November 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fisc1882.111